SAMUEL JOHNSON, as Surviving Executor, etc., Respondent, *v.* SIMON FEIST, Appellant.

(Argued December 8, 1893; decided December 22, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 22, 1892, which affirmed a judg-

ment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Charles J. Patterson* for appellant.

*William J. Gaynor* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.